**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sunglass Designs, Inc., an Arizona corporation, ) | No. CV-08-1984-PHX-DGC |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| Wild Style Sunglasses; and William ) | |
| Zeuner, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

On November 25, 2008, attorney Anthony Monzo sent a letter to Plaintiff's counsel stating that Mr. Monzo no longer represents Defendant William Zeuner.  A copy of the letter was sent to the Clerk of Court.  The Clerk filed the letter on December 1, 2008.  Dkt. #11.

Plaintiff has filed a motion to strike the letter from the record.  Dkt. #12.  Rule 7.2 of the Local Rules of Civil Procedure provides that a motion to strike may be filed "if it seeks to strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by a statute, rule, or court order." LRCiv 7.2(m).  The Court agrees with Plaintiff that Mr. Monzo's letter, standing alone and unaccompanied by a motion or other legal filing, is not a proper document for the record.  The Court accordingly will grant Plaintiff's motion to strike.  *See* LRCiv 7.2(m).

**IT IS ORDERED:**

1.    Plaintiff's motion to strike (Dkt. #12) is **granted**.

1   2.    The Clerk is directed to strike the letter from Mr. Monzo (Dkt. #11) from the

2        record.

3   3.    Plaintiff's motion for costs and fees (Dkt. #12) is **denied**.

4   DATED this 8th day of January, 2009.

5

6

7        *David G. Campbell*

8        _____
         David G. Campbell
         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28